# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1742
L.T. Case No. 1987-CF-003292-A
_____

WENDY LEIGH ZABEL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Wendy Leigh Zabel, Ocala, pro se.

No Appearance for Appellee.

October 23, 2025

PER CURIAM.

    AFFIRMED.

HARRIS, BOATWRIGHT, and MacIVER, JJ., concur.

―――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――